IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| FREDERICK TILLMON, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 02-3259<br>) |
| ALAN CARLTON, BRUCE BAKER,<br>JOHN HAMILTON, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

     Now come the defendants, ALAN CARLTON, BRUCE BAKER, and JOHN HAMILTON, by their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby give notice to this Court, counsel and all other parties herein that Assistant Attorney General David M. Walter will hereafter be appearing as counsel for the defendants, substituting for Assistant Attorney General Ericka Sanders. Copies of all pleadings, memoranda, correspondence, notices, orders, and other material related to this cause should hence forward be sent to the undersigned at the address set forth below.

                                     Respectfully submitted,

                                     ALAN CARLTON, BRUCE BAKER, and
                                     JOHN HAMILTON

                                     Defendants,

                                     LISA MADIGAN, Attorney General,
                                     State of Illinois,

David M. Walter, #6244907                       Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9056                                           By: /s/David M. Walter
                                                     David M. Walter
Of Counsel.                                                          Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2004, I electronically filed Substitution of Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on September 21, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

>Frederick Tillmon, #B-61533
>Menard Correctional Center
>711 Kaskaskia Street
>Menard, IL 62259

>Respectfully submitted,
>s/David M. Walter
>Assistant Attorney General
>500 South Second Street
>Springfield, IL  62706
>(217)782-5819
>(217) 524-5091 (facsimile)
>Dwalter@atg.state.il.us
>#6244907