# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>FREDRICK TILLMON v BRUCE BAKER, ET AL | CASE NO.<br><br>02-3259 | Beginning Date of Trial:<br>10/18/2004 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF MENARD CORR CENTER**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Fredrick Tillmon | B 61533 | MENARD CORR CENTER | 10/18/2004 | 1:30 - 2:30 |
|  |  |  |  |  |
| David Walter/Dfts' Counsel | N/A | CONCORDIA | 10/18/2004 | 1:30 - 2:30 |
| Judge Baker | N/A | URBANA | 10/18/2004 | 1:30 - 2:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: September 24, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _s/K. Wynn_____
      DEPUTY CLERK

cc: Fredrick Tillmon
    David Walters

Format and wording approved by IDOC Legal Counsel 2/11/98