**E-FILED**
Wednesday, 13 October, 2004  02:24:10 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| FREDERICK TILLMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 02-3259 |
| | ) | |
| DONALD SNYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF COMPLIANCE**

Defendants, ALAN CARLTON, BRUCE BAKER, and JOHN HAMILTON, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, hereby present their Notice of Compliance, stating as follows:

1.    On today's date, October 13, 2004, Defendants filed the Proposed Pre-Trial Order as directed in this Court's order of February 18, 2004.  A copy of the Proposed Final Pre-Trial Order has been served upon the Plaintiff.

Respectfully Submitted,

ALAN CARLTON, BRUCE BAKER,
and JOHN HAMILTON,

Defendants,

Lisa Madigan, Attorney General
State of Illinois,

David M. Walter, #6244907        Attorney for Defendants,
Assistant Attorney General
500 South Second Street      By:   /s/David M. Walter
Springfield, Illinois 62706            David M. Walter
(217) 782-5819                  Assistant Attorney General
Of Counsel.

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

FREDERICK TILLMON,                    )
                                      )
                Plaintiff,            )
                                      )
        vs.                           )        Case No. 02-3259
                                      )
DONALD SNYDER, et al.,                )
                                      )
                Defendants.           )
_____

**Certificate of Service**

I hereby certify that on October 13, 2004, I electronically filed an Amended Notice of Compliance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on October 13, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Frederick Tillmon, #B-61533
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/David M. Walter
David M. Walter, #6244907
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
dwalter@atg.state.il.us