# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME: FREDRICK TILLMON v ALAN CARLTON, ET AL | CASE NO. 02-3259 | Beginning Date of Trial: 2/22/05 | Type of Trial: CIVIL Length of Trial: days |
|---|---|---|---|

**TO: THE WARDENS OF WESTERN IL & IL RIVER CORRECTIONAL CENTERS**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| C/O Pat Wankel/Western | N/A | IL RIVER CORR CENTER | 2/22/05 | 10:00 - 5:00 |
| C/O Douglas Taylor/Western | N/A | IL RIVER CORR CENTER | 2/22/05 | 10:00 - 5:00 |
| Kenneth DeWitt/Western | N/A | IL RIVER CORR CENTER | 2/22/05 | 10:00 - 5:00 |
| Major Scott McKee/Western | N/A | IL RIVER CORR CENTER | 2/22/05 | 10:00 - 5:00 |
| Teresa Ralph/Western | N/A | IL RIVER CORR CENTER | 2/22/05 | 10:00 - 5:00 |
| Sgt. Kenneth Kleinlein/Western | N/A | IL RIVER CORR CENTER | 2/22/05 | 10:00 - 5:00 |
| David Walter/Dfts' Counsel | N/A | URBANA | 2/22/05 | 9:00 - 5:00 |
| Judge Baker | N/A | URBANA | 2/22/05 | 9:00 - 5:00 |

Dated: February 15, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:  ___s/K. Wynn_____
       DEPUTY CLERK

cc: Frederick Tillmon
    David Walter

Format and wording approved by IDOC Legal Counsel 2/11/98