**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**AT URBANA**
**VIDEO WRIT**

**E-FILED**
Tuesday, 15 February, 2005  04:06:41 PM
Clerk, U.S. District Court, ILCD

| CASE NAME:<br><br>**FREDRICK TILLMON v ALAN CARLTON, ET AL** | CASE NO.<br><br>**02-3259** | Beginning Date of Trial:<br>**2/22/05** | Type of Trial:<br>CIVIL<br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF MENARD CORRECTIONAL CENTER**
   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| **Tammy Baughman/Witness** | N/A | MENARD | 2/22/05 | 1:30 - 5:00 |
| **Lori Jaenke/Witness** | N/A | MENARD | 2/22/05 | 1:30 - 5:00 |
| **David Walter/Dfts' Counsel** | N/A | URBANA | 2/22/05 | 10:00 - 5:00 |
| **Judge Baker** | N/A | URBANA | 2/22/05 | 10:00 - 5:00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:February 15, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___s/K. Wynn_____
       **DEPUTY CLERK**

cc:  Frederick Tillmon
     David Walter