## United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDRICK TILLMON,<br><br>       Plaintiff<br><br>vs<br><br>DONALD N. SNYDER, JR., et al.,<br><br>       Defendant | WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM<br><br>CASE NO. 02-3259 |

TO: THE WARDEN of MENARD CORRECTIONAL CENTER at Menard, Illinois

**WE COMMAND** that you produce the body of FREDRICK TILLMON, Register No. B-61533, in your custody, before the United States District Court at the U.S. Courthouse, 201 South Vine Street, Urbana, Illinois, on February 22, 2005, at 9:00 a.m. **(NOTE: All inmates must arrive at the Federal Building at least one-half hour prior to the beginning of the hearing)** and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: February 16, 2005

                                            JOHN M. WATERS, CLERK
                                            UNITED STATES DISTRICT COURT

                                            BY:  s/ C. Cathcart
                                                    Deputy Clerk