IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| FREDERICK TILLMON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 02-3259 |
| ALAN CARLTON, BRUCE BAKER, JOHN HAMILTON, | ) ) ) ) |
| Defendants. | ) ) |

## MOTION FOR LEAVE TO FILE AN AMENDED ANSWER INSTANTER

NOW COME Defendants, ALAN CARLTON and BRUCE BAKER (herein "Defendants"), by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Rule 15 of the Federal Rules of Civil Procedure ("FRCP") and CDIL-LR 7.1 hereby respectfully move this honorable Court for leave to file the attached Amended Answer Instanter, stating as follows:

1. On our about June 9, 2003, a former counsel for the Defendants filed an Answer on their behalf.

2. Paragraph 47 of the Answer filed on behalf of the Defendants incorrectly indicated that the Defendants admitted that the Plaintiff refused to cooperate when he was transferred on April 3, 2002, and was "bodily picked up for transfer after refusing to cooperate." Answer, Paragraph 47.

3. Subsequently, in interrogatory responses dated October 15, 2003, and January 5, 2004, the Plaintiff was informed that the Defendants did not admit these allegations, and that an Amended Answer would be forthcoming.

4. Nevertheless, upon reviewing the file, current counsel for the Defendants noted that no Amended Answer has yet been filed correcting the misstatement.

5. Accordingly, Defendants are seeking leave of the court to file the Amended Answer that the Plaintiff was previously informed would be forthcoming.

6. The Proposed Amended Answer would delete the misstatement that the Defendants admit that the Plaintiff refused to cooperate when he was transferred on April 3, 2002, and was "bodily picked up for transfer after refusing to cooperate." *See* attached Proposed Amended Answer, Paragraph 47.

7. No other paragraphs of the Answer have been changed. See attached Proposed Amended Answer.

WHEREFORE, for the above-listed reasons, Defendants ALAN CARLTON and BRUCE BAKER respectfully request that this Court grant them leave to file the attached Amended Answer Instanter, and grant them such other relief as the Court deems equitable and just.

    Respectfully submitted,
    ALAN CARLTON and BRUCE BAKER

    Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois,

David M. Walter, #6244907    Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-9056    By: /s/David M. Walter
    David M. Walter
Of Counsel.    Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2005, I electronically filed Motion for Leave to File an Amended Answer Instanter with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on February 18, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

>Frederick Tillmon, #B-61533
>Menard Correctional Center
>711 Kaskaskia Street
>Menard, IL 62259

>Respectfully submitted,
>s/David M. Walter
>Assistant Attorney General
>500 South Second Street
>Springfield, IL  62706
>(217)782-5819
>(217) 524-5091 (facsimile)
>Dwalter@atg.state.il.us
>#6244907

Frederick Tillmon, #B-61533  
Menard Correctional Center  
711 Kaskaskia Street  
Menard, IL 62259