E-FILED
Tuesday, 22 February, 2005  04:14:00 PM
Clerk, U.S. District Court, ILCD

We, the jury, find in favor of each of the defendants and against the plaintiff.

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Foreperson

20