AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FREDRICK TILLMON,**
**Plaintiff,**

vs.                                                      Case Number:   **02-3259**

**BRUCE BAKER, ET AL,**
**Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.  The parties shall bear their own costs.

ENTER this 22nd day of February, 2005.

s/ JOHN M. WATERS, CLERK

JOHN M. WATERS, CLERK


s/K. Wynn
BY:  DEPUTY CLERK