**E-FILED**
Wednesday, 23 February, 2005 10:46:16 AM
Clerk, U.S. District Court, ILCD

In addition to actual or compensatory damages, the plaintiff seeks an award of punitive damages. If you find that a defendant has violated the plaintiff's constitutional rights and is liable to the plaintiff, you must determine whether punitive damages are warranted.

The plaintiff has the burden of proving that the defendant acted with an evil motive or with reckless or callous indifference to the plaintiff's constitutional rights. In order to meet this burden, plaintiff must prove that the defendant committed acts which violated the plaintiff's constitutional rights, despite a subjective perception by the defendant that his or her actions were unconstitutional.

If you find that the plaintiff has proved that the defendant acted with an evil motive or reckless or callous indifference to the constitutional rights of the plaintiff, you have discretion to award punitive damages. Punitive damages are not awarded as a matter of right and must represent your moral judgment that the unconstitutional conduct warrants such an award to punish the wrongdoer and deter others.

If you decide to award punitive damages, you should consider the following questions: (1) how offensive was the conduct? (2) what amount is needed to prevent repetition? And (3) does the amount have a reasonable relationship to the actual damages award? If you doe award punitive damages, you should fix the amount using calm discretion and sound reason. You must not be influenced by sympathy for or dislike of any party in the case.

Defendants' No. **21**
*Kyle v. Patterson*, 196 F3d 695 (7th Cir. 1999)
*Iacobucci v. Boulter*, 193 F.3d 14 (7th Cir. 1999)
*Cooper v. Casey*, 97 F.3d 914 (7th Cir. 1996)
*BMW of North America v. Gore*, 517 U.S. 559 (1996)

Given _____
Given as modified _____
Refused _____
Withdrawn _____