E-FILED
Wednesday, 23 February, 2005  10:47:36 AM
Clerk, U.S. District Court, ILCD

# United States District Court

____Central____ DISTRICT OF ____Illinois____

Fredrick Dillmon v. Alan Carlton, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 02-3259

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Harold A Baker | Pro Se | David Walter + Chris Higgerson |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Feb 22 | Toni Judd | Karen Wynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/22/05 | | | Copy Ans to plas cmp by dfts |
| 2 | | | | | Process return from US Marshal |
| 3 | | | | | Dft Carlton response to second interrogatories |
| 4 | | | | | Dft Hamilton response to first interrogatories |
| 5 | | | | | Dft Baker's response |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages