# United States District Court

**Central** DISTRICT OF **Illinois**

Fredrick Tillmon v. Alan Carlton, et

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 02-3259

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Harold A Baker | Pro Se | David Walter + Higgerson Chris |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Feb 22 | Toni Judd | Karen Wynn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 2/22/05 | ✓ | ✓ | Pla's affidavit |
| | 2 | | ✓ | ✓ | Pla's affidavit |
| | 3 | | ✓ | ✓ | Pla's affidavit |
| | 4 | | ✓ | | Western Il Roster |
| | 5 | | ✓ | | Disciplinary report pla Tillmon |
| | 6 | | ✓ | | Health Status of Fredrick Tillmon |
| | 7 | | ✓ | | Medical Progress Notes - Fredrick Tillmon |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages