E-FILED
Tuesday, 26 April, 2005  08:50:46 AM
Clerk, U.S. District Court, ILCD

**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Menard Correctional Center / 711 Kaskaskia St. / Menard, IL 62259-9998 / Telephone: (618) 826-5071 / TDD: (800) 526-0844

April 19, 2005

Clerk of the Court
United States District Court – Central Dist. Of IL
151 U.S. Courthouse
600 E. Monroe St.
Springfield, IL 62701

          Re: Frederick Tillmon, B61533
          Case #: 02-3259

Gentlemen:

Please be advised that Frederick Tillmon was released from custody on April 15, 2005.

Our records indicate that he still had a total balance of $150.00 due for court cases listed below:

| Case # | Amount Due |
|---|---|
| 02-3259 | $150.00 |

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

*Shauna J. Smith*
Shauna J. Smith
Menard CC Trust Office

cc:   File