E-FILED
Tuesday, 13 June, 2006  04:32:33 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

June 13, 2006

Fredrick Tillmon
B61533
Menard Correctional Center
P.O. Box 711
Menard, IL 62259


RE:    02-3259  Tillmon v Snyder, et al


Dear Mr. Tillmon,

     We have the exhibits and/or depositions in the above case.  Please notify this office within ten (10) days if you wish to have the exhibits and/or depositions returned to your files. You will be responsible for retrieving the exhibits and/or depositions.  If we do not have a response from you within ten (10) days, the exhibits and/or depositions will be destroyed.


     Yours truly,

     JOHN M. WATERS, CLERK
     U. S. DISTRICT COURT


     s/ Christy Taylor
     _____
        Deputy Clerk