E-FILED
Wednesday, 14 June, 2006  08:45:30 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

June 13, 2006

David M. Walter
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706

RE: 02-3259 Tillmon v Calton, et al.

Counsel:

The Clerk's Office has certain exhibits in the above mentioned case. The appeal time has expired and these exhibits need to be removed from our vault. These exhibits should be picked up from this office within 30 days.

If the exhibits are not removed within that time, they will be destroyed.

Sincerely,

s/Christy Taylor

Deputy Clerk