

# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

RE:   \_\_\_\_Tillmon_____  v  \_\_\_Calton_____

Case # \_\_\_\_02-3259_____

Received \_\_\_\_X Defendant's_____ (Plaintiff/Defendant) exhibits from the Clerk, U.S. District Court for the Central District of Illinois, Springfield Division, this 20th day of June.

Received by: s/Joseph Hardy