E-FILED
Friday, 24 August, 2007  10:46:04 AM
Clerk, U.S. District Court, ILCD



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Pinckneyville Correctional Center / 5835 State Route 154 / Pinckneyville, IL 62274-3410 / Telephone: (618) 357-9722 / TDD: (800) 526-0844

FILED
AUG 24 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

August 21, 2007

Clerk, U.S. District Court
151 U.S Courthouse
600 East Monroe St
Springfield IL  62701

RE:  Case # 02 3259

Dear Sir/Madam:

The attached documentation is for a court order for an inmate that was incarcerated at our facility.  This mentioned inmate, Frederick Tillmon, has been released from our facility.  His release date was April 19, 2007.  The last known address for this inmate is as follows:

Frederick Tillmon
321 W. 97th Street
Chicago, IL  60628

Our records show that the outstanding balance for this court order is in the amount of $126.84 on this case.

Sincerely,

Lynn Brand
Business Manager